[If you need additional space for ANY section, please attach an additional sheet and reference the section]

**FILED**

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

MAR 05 2019

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

_Madhuri Pydisetty_ )
_____ )
)
Plaintiff(s), )
)
v. )
_CORMAC Corporation_ )
_Antonio Gentry_ )
)
Defendant(s). )

**1:19-cv-01580**
**Judge Charles P. Kocoras**
**Magistrate Judge Sidney I. Schenkier**

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is _Madhuri Pydisetty_ of the county of _COOK_ in the state of _Illinois_.

3. The defendant is _CORMAC Corporation and Antonio Gentry_, whose street address is _5950 Symphony Woods Road Suite 500_ (city) _Columbia_ (county) _Howard_ (state) _Maryland_ (ZIP) _21044_ (Defendant's telephone number) _443_ - _864_ - _5880 (HR)_ _276 - 618 - 0446 (Antonio Gentry)_

4. The plaintiff sought employment or was employed by the defendant at (street address) _5950 Symphony Woods Road_ (city) _Columbia_ (county) _Howard_ (state) _Maryland_ (ZIP code) _21044_

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5.    The plaintiff [**check one box**]

   (a)  ☐   was denied employment by the defendant.

   (b)  ☐   was hired and is still employed by the defendant.

   (c)  ☑   was employed but is no longer employed by the defendant.

6.    The defendant discriminated against the plaintiff on or about, or beginning on or about,
   (month) while I worked at , (day) , (year) WRMAC . and he
   retaliated with a false vindictive letter about

7.1   (*Choose paragraph 7.1 or 7.2, do not complete both.*)   me to AbbVie Pharma
   during months of June/July 2019

   (a)  The defendant is not a federal governmental agency, and the plaintiff (range)
        [check one box] ☑ has  ☐ has not filed a charge or charges against the defendant

        asserting the acts of discrimination indicated in this complaint with any of the

        following government agencies:

        (i)  ☑ the United States Equal Employment Opportunity Commission, on or about
             November                8              2018
             (month)                 (day)          (year)         .

        (ii) ☐  the Illinois Department of Human Rights, on or about

             (month)                 (day)          (year)          .

   (b)  If charges *were* filed with an agency indicated above, a copy of the charge is

        attached ☑ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days**.


        It is the policy of both the Equal Employment Opportunity Commission and the Illinois

        Department of Human Rights to cross-file with the other agency all charges received. The

        plaintiff has no reason to believe that this policy was not followed in this case.


7.2   The defendant is a federal governmental agency, and

   (a)    the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year) _____

☐ No, did not file Complaint of Employment Discrimination

(b)   The plaintiff received a Final Agency Decision on (month)_____

(day) _____ (year) _____.

(c)   Attached is a copy of the

(i)  Complaint of Employment Discrimination,

☐ Yes   ☐ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ Yes   ☐ N0, but a copy will be filed within 14 days.

8.   *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐   the United States Equal Employment Opportunity Commission has not

issued a *Notice of Right to Sue.*

(b) ☑   the United States Equal Employment Opportunity Commission has issued

a *Notice of Right to Sue*, which was received by the plaintiff on

(month) December (day) 7 (year) 2018 a copy of which

*Notice* is attached to this complaint.

9.   The defendant discriminated against the plaintiff because of the plaintiff's [*check only*

*those that apply*]:

(a) ☐  Age (Age Discrimination Employment Act).

(b) ☐  Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☑ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☑ Sex (Title VII of the Civil Rights Act of 1964)

10.    If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11.    Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12.    The defendant [*check only those that apply*]
(a) ☐ failed to hire the plaintiff.

(b) ☐ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☑ failed to stop harassment;

(g) ☑ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☑ other (specify): _Failed to stop sexual harassment,_
_sexual discrimination, wrote a false and nasty_

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

( letter contained severe and false allegations

[letter was a character assassination - written out of revenge for exercising my right to say NO.

letter about me to company - I was hired at - so offer was rescinded = retaliation

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

Please see attached statement

_____

_____

_____

_____

14. **[*AGE DISCRIMINATION ONLY*]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☑ Yes ☐ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐ Direct the defendant to (specify): 1) Prohibit Defendant from making false statements and provide only positive references; 2) retract false statements made to AbbVie. 3) Provide compensation for loss of income and opportunities

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

4) compensation for mental anguish

Plaintiff
Defendant: CORMAC Corporation and Antonio Gentry (former supervisor/manager)

I was about to start a new and amazing role at my dream pharma company in Chicago, AbbVie Pharmaceuticals, where I would work in pharmacovigilance/drug safety.

The last week of May 2018 was a very exciting week for me. I had a birthday on May 29th, an interview at AbbVie on **May 30th,** and received an offer **on May 31st morning**.

After my employee background check was completed in the first week of June, I was given a confirmed start date of <u>July 11, 2018</u> and the details of time, who to report to, etc.

<u>On July 10th</u> morning I was asked by my recruiting agency, Spectraforce Technologies, if I "was good to go." I confirmed yes. A few hours later they informed me of a start delay.

The following week my offer was rescinded because of a letter written by my previous manager at the only company I ever worked for, CORMAC Corporation located in Columbia, Maryland.

Antonio Gentry is a very vindictive former manager and has <u>prevented me from getting a job at AbbVie</u> as well as many **cancellations of interviews** after.

I worked at CORMAC from April 25, 2016 to February 3, 2017. Antonio Gentry was initially a coworker who became my manager due to the sudden resignation of another manager.

When Antonio became my manager, I faced repeated sexual harassment and discrimination by him to the point where I was so uncomfortable and had to resign.

I had very little interaction with Antonio Gentry when he was my coworker as he often worked from his home.

Antonio Gentry **harassed me sexually often asking for sexual favors**.

He told me **how Indian girls are so beautiful, and that I was "so sexy and could not control" himself**.

Antonio Gentry is **deliberately trying to damage my career and wrote a letter with false accusations about me to AbbVie** to defame and retaliate against me.

Antonio Gentry made my final months at CORMAC **extremely dangerous**.

But he was **stalking me and following me** on social and professional media for over a year after I left without my knowledge after I left CORMAC.

After he came to know of my offer from AbbVie, he **took immediate action** between **June and July** to write a **letter with false statements and allegations about me.**

The allegations he wrote about me in the letter were about **harassment, discrimination, and threat of proprietary information.**

His intention was to **sabotage my employment, damage my future,** and **prevent me from getting the job and any job going forward**.

Antonio Gentry is an African American and in his 30s and really wanted me to spend time with him. He often commented angrily that just because he "is black" I am refusing.

He asked me on several occasions to meet him after work and to meet his at his car. I was extremely uncomfortable.

Antonio Gentry is an event planner for Baltimore night clubs. He repeatedly asked me to come to his parties and spend time with him there which I always respectfully declined.

He talked to me in **very dirty and vulgar manner** on multiple occasions when nobody could hear or see. "I would love to suck your tits and pussy," he had told me.

He **asked me to connect with him on social media.**

He asked me to come play golf with him.

I had to **decline him politely every time** because I feared losing my job and had to pay my enormous grad school loan.

He **touched me** on my rear end on occasions **when no one was watching** and my breasts when he was giving me hugs or when putting his arm whenever he could access my breasts easily.

**It got to the point where I was extremely scared. He used fear and intimidation, especially** when I had to stay after office hours to complete work on many occasions.

He also stayed late and **followed me** to the parking lot. **It became extremely dangerous and unsafe** for me.

My last few months at CORMAC were full of very bad nightmares and mental anguish because of him.

I don't have any written communication with Antonio Gentry as he was careful not to leave a paper trail when he harassed me.

Since Antonio Gentry was my manager, I had no one else to complain to. So, my only option was to escalate my concern to HR.

CORMAC's HR is located in Virginia and rarely came to the Maryland office. They were very unreachable.

When I wanted to talk about such serious issues, they often cancelled appointments and rarely returned phone calls. The same goes for now when I have tried on several occasions to reach out to them.

When I **discussed and conveyed this matter with HR** about Antonio Gentry's sexual harassment, they **ignored it and dismissed it** completely.

I told HR that it was an **unsafe work environment**, and I **felt threatened**.

I was extremely **concerned** for my safety, I **had to leave the company and Maryland as soon as possible. I booked a flight to Chicago the day I resigned.**

I also voiced my concerns to HR about another colleague named Valeria Wynn who I had observed to have a friendship with Antonio Gentry. When assigning me tasks, I faced her verbal harassment repeatedly.

My **resignation was on mutual terms**.

I **received apologies from Antonio Gentry as well as HR.**

Antonio was extremely apologetic when I was leaving CORMAC and said there will NEVER be an issue if I list his name as a manager. He wished me the best.

HR **promised me that they will never damage my career**, and the **managers and company wished me well.**

They **wanted me to have a bright, successful career ahead.**

They also said if anyone ever contacted them, **they will never give me a bad reference and only verify my dates of employment.**

I left the company on a good note eager to move onwards and upwards.

When I got the offer at AbbVie, I had to quickly complete the onboarding paperwork before the links expired. The paperwork asked me to list all of my previous supervisors.

In order to maintain honesty and transparency, I texted Antonio Gentry on May 31, 2018 to request to list his name as my supervisor.

I DID NOT tell him the name of the company I received the offer from.

Antonio Gentry never replied to my text, so I did not list his name on the paperwork.

However, little did I know that Antonio spends his free time following me on social and professional media.

When found the name of my next company, he immediately took matters into his own hands and wrote a harsh letter about to assassinate my character and deliberately **retaliate and defame me with slander.**

Antonio Gentry did not keep up with him promise, neither did CORMAC.

This manager - Antonio Gentry- wrote this letter **to take revenge** and has deliberately tried to **prevent me from getting employed again.**

I kindly requested HR of the CORMAC for my personnel file and employment documents.

CORMAC responded after a week and only provided me a password-protected file with a starting document and my offer letter, which I already have several copies of, which is **extremely suspicious.**

**They did not send me any document stating any of the false allegations he made about me.**

On July 17th, 2018 Cveta Carter from AbbVie's Employee Relations asked me whether I did any of the allegations he wrote about me but never gave me a chance to defend myself.

On July 18th, 2018 I suffered from severe retaliation as my job offer was rescinded based on the letter he wrote about me.

Many managers at AbbVie since this incident have loved my profile and asked me for in-person interviews.

AbbVie has canceled all subsequent in-person interviews after.

Every day, I receive dozens of phone calls about AbbVie positions from staffing and recruiting agencies across the nation as I am a very strong candidate.

In my field of drug safety/pharmacovigilance, AbbVie has the majority of jobs since it has the largest pipeline of drugs.

Due to Antonio Gentry's retaliation, I'm not able to get a job at AbbVie.

I couldn't fight back at CORMAC because I feared losing my job, the company did not support me, and when I finally fought back, my manager wants to keep destroying my career every time a new opportunity opens up. He wanted to get physical with me, and is taking revenge because I exercised my right to say no.

I have lost income as well as opportunities and have undergone severe psychological trauma due to the vivid flashbacks and nightmares he caused me.

AbbVie is the 5th best company to work for in the US and one of the top 100 in the world. I wanted to get into AbbVie for several years now. Getting in there, to me, was like getting into Harvard.

As AbbVie is in line with my career aspirations and job prospects, CORMAC and Antonio Gentry have **KILLED MY CAREER.**

However, this issue created by Antonio Gentry and CORMAC, I have been told by recruiting agencies, has seriously affected me getting into AbbVie.

My overall employment is getting affected and career is getting sabotaged, not because of my qualifications and candidature, but because of him.

<u>This has nothing to do with me.</u>

Also, <u>Antonio Gentry can keep writing letters about me going forward</u>.

I need to be protected.

I have suffered extreme psychological damage and trauma because of the ***vivid flashbacks and nightmares*** I have been having about Antonio Gentry's sexual harassment when I was there.

I <u>never thought I would have to relive what happened to me when I was in Maryland</u>.

I left the company with the confidence to move on and pursue new dreams.

I never in a million years thought Antonio Gentry <u>would abuse his power to defame and retaliate against me.</u>

I don't know when I can get a job again considering how he and CORMAC Corporation are maligning me.

I am financially damaged as well without a job.

Antonio Gentry can hurt my future employment at any company or place I may work at or get an offer at going forward.

I want my role back at AbbVie. I truly deserve to be back in my dream company.

I want to able to work anywhere going forward without the fear of Antonio Gentry or CORMAC precluding my employment.

I want to be legally protected.

**Antonio Gentry feels like he still has power over me** and wants me to feel powerless so that I can never get employed again.

When I list CORMAC on my resume, I should not have to feel scared of them making false statements about me.

I just want to be able to get a job again.

This is the justice I want.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

(g)   ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h)   ☑ Grant such other relief as the Court may find appropriate.


*Madhuri Pydisetty*
(Plaintiff's signature)

*Madhuri Pydisetty*
(Plaintiff's name)

2500 Lawson Lawson Alen Rd.
(Plaintiff's street address)

Glenview          IL          60026
(City)_____ (State)_____ (ZIP)_____

847   630 - 3353
(Plaintiff's telephone number) (____) – _____

Date:   March 5, 2019


[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

6

EEOC Form 161 (11-16)        U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To:  **Madhuri Pydisetty**
    **2500 Lawson Glen Road**
    **Glenview, IL 60026**

From:  **Chicago District Office**
       **500 West Madison St**
       **Suite 2000**
       **Chicago, IL 60661**

☐    *On behalf of person(s) aggrieved whose identity is*
      *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **531-2018-03310** | **Daniel Gajda,** Investigator | **(312) 869-8131** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒   The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☐   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Enclosures(s)

              **Julianne Bowman,**
              **District Director**

12/3/18
*(Date Mailed)*

cc:  **CORMAC CORPORATION**
     **c/o Chief Executive Officer**
     **5950 Symphony Woods Road**
     **Columbia, MD 21044**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA <br> ☒ EEOC | 531-2018-03310 |

| Maryland Commission on Civil Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| Miss Madhuri Pydisetty | (847) 630-3353 | 1980 |

| Street Address | City, State and ZIP Code |
|---|---|
| 2500 LAWSON GLEN RD,  GLENVIEW, IL 60026 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| CORMAC CORPORATION | 201 - 500 | (443) 864-~~5580~~ 5880 |

| Street Address | City, State and ZIP Code |
|---|---|
| 5950 Symphony Woods Road,  COLUMBIA, MD 21044 | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify.)

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| 07-11-2018 | 07-11-2018 |

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with Respondent in or around April 2016. My most recent position was Health Business Analyst. I was subjected to sexual harassment and intimidation. I complained to Respondent. In or around February 2017, I resigned. Subsequently, Respondent sent an unfavorable reference to a prospective employer which caused the employer to rescind its offer.

I believe that I have been retaliated against for engaging in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. <br> SIGNATURE OF COMPLAINANT |
| Digitally signed by Madhuri Pydisetty on 11-08-2018 10:14 PM EST | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE <br> (month, day, year) |



## EEOC (INQUIRY) NUMBER: 531-2018-03310

### Inquiry Information

### REASON(S) FOR CLAIM

**Date of Incident (Approximate):** 07/18/2018

**Reason for Complaint:** Retaliation - I complained to my employer about job discrimination

**Pay Disparity:**

**Location of Incident:** Maryland

**Submission (initial inquiry) Date:** 08/06/2018

**Claim previously filed as charge with EEOC?** No

**Approximate Date of Filing:** N/A

**Charge Number:** N/A

**Claim previously filed as complaint with another Agency?** No

**Agency Name:** N/A

**Approximate Date of Filing:** N/A

**Nature of Complaint:** N/A

### INQUIRY OFFICE

**Receiving:** Baltimore Field Office

**Accountable:** Chicago District Office

### APPOINTMENT

**Appointment Date and time:** 11/06/2018 03:00 PM US/Central

**Interview Type:** Phone

### APPROXMATE DEADLINE FOR FILING A CHARGE: 05/14/2019

### POTENTIAL CHARGING PARTY

**First Name, Middle Initial:** Madhuri

**Last Name:** Pydisetty

**Street or Mailing Address:** 2500 LAWSON GLEN RD

**Address Line 2:**

**City, State, Zip:** GLENVIEW, IL, 60026

**Country:** UNITED STATES OF AMERICA

**Year of Birth:**

**Email Address:** madhuripydisetty@gmail.com

**Home Phone Number:** (847) 630-3353

**Cell Phone Number:** (847) 630-3353

## RESPONDENT

**Organization Name:** CORMAC CORPORATION

**Type of Employer:** Business or non-profit organization that I applied to, work for, or worked for

**Number of Employees:** Between 15 and 19 employees

**Street or Mailing Address:** 5950 Symphony Woods Road

**Address Line 2:**

**City, State, Zip Code:** COLUMBIA,MD, 21044

**County:** Howard

**Phone Number:** (443) 864-5580

## RESPONDENT CONTACT

**First and Last Name:** Sumi Raj

**Email Address:** hr@cormac-corp.com

**Phone Number:**

**Title:** Human Resources Director or Owner

## LOCATION OF POTENTIAL CHARGING PARTY'S EMPLOYMENT

**Street or Mailing Address:**

**Address Line 2:**

**City, State, Zip Code:**

**County:**

## POTENTIAL CHARGING PARTY'S DEMOGRAPHICS

**Gender:** F

**Disabled:** I do not have a disability

**Are you Hispanic or Latino?** not hispanic or latino

**Ethnicity:** Asian,

**National Origin:** Indian

## Adverse Action(s)

My previous employer wrote an anonymous letter about me to malign me and prevent me from starting a job the next day. The manager in that company discriminated based on gender and harassed me regularly along with my other supervisors. I brought this to the attention of HR, and the company supervisors retaliated with this letter to prevent me from starting my new job. I had an interview in May and got an offer the next morning. My background check and drug screen were passed months before. This is retaliation and defamation as it prevented me from starting my new job. I would like your advice.

# Supplemental Information

### What Reason(s) were you given for the action taken against you?

N/A

### Was anyone in a similar situation treated the same, better, or worse than you?

N/A

### Please provide name(s) and email and/or phone number of anyone who will support your claim, and briefly describe the information this person will provide.

N/A

### Please tell us any other information about your experience?

N/A



**U.S. Equal Employment Opportunity Commission**
**Public Portal**

Change Password (ChangePassword.aspx) | Logout (logout.aspx)

# Appointment Details

An appointment has been scheduled for this PCP:

Click the **Update** button to save your changes. Click the **Cancel** button to cancel this appointment

**Appointment Office:** Chicago ( Time Zone: Central )

**Office Address:** 500 West Madison Street, Suite 2000, Chicago, Illinois 60661

**Description:** Welcome to the EEOC Chicago office located at 500 West Madison, Suite 2000, Chicago, IL 60661. The office is located in downtown Chicago on the corner of Madison and Canal Street, one block west of the Chicago river and three blocks east of the Kennedy expressway. The Chicago District Office is open Monday through Friday, 8:30 a.m. to 4:00 p.m. Everyone visiting our offices must present a photo ID at the building security desk. Individuals wishing to file charges of discrimination may schedule an interview for time slots available at 8:30 am, 10:30 am, 1:00 p.m. and 3:00 p.m. on Monday through Friday, except federal holidays. If you are unable to schedule an appointment you may call 866-408-8075. If you are close to the 300th day statute of limitation, you may walk-in, if you arrive prior to 11:30am. However, we strongly encourage you to make an appointment. Individuals with an appointment who arrive late 15 minutes or more, will be treated as a walk-in and may have to re-schedule their appointment.

**Case Number:** 531-2018-03310

Intake Interview
November 6, 2018[
DG

Informed PCP of right to file, need for proof, purpose of interview, 300 day SOL, jurisdiction

Madhuri Pydisetty                    v.          Cormac Corp.

PCP is alleging Retaliation; References Unfavorable, "Defamation" (from CP's language)

DOB: 05/29/1980

PCP worked as a Health Business Analyst

PCP HIRED April 2016
PCP FIRED February 2017

Asked PCP about R's address, she lived in Maryland at the time

PCP has a detailed summary that she updated and uploaded the information

Explained 300 day SOL to PCP and asked for her to explain what happened w/ the letter

PCP states that she was ready to start w/ a top pharma company in Chicago and has years of clinical experience
Abvie Pharma- May 30, 2018 interviewed, and offer less than 8 hours later

"The letter happened between June or July" from someone who found out and they wrote a letter to assassinate her character bc at Cormac it was very unsafe and was dangerous, she was followed to her car and asked for sexual favors from her, and then he became her manager

She voiced her concerns to HR and they wished her well and she quit

They said they'd provide neutral information

PCP thought she'd be able to
It was only data entry after grad school to pay her bills

It was retal and defamation to prevent her from starting a new job, and it's not fair bc she's a hard worker

"It's difficult how mayn times he touched me"

He spoke in vulgarities towards her

PCP was hired by a recruiting company in NC

Everything was good to go and she cleared her background check in June

Her finally start date was July 11

July 10- Phone call asking if she was good to go

PCP then got a phone call stating that her start date was delayed

Then Spectorforce- Recruiting company, asking if she'd get on a call w/ Abvie's HR

PCP went through everything she submitted to Abvie

Next day, PCP spoke w/ Employee Relations and talked about her resume in detail

At end of call she said something unusual happened, Abvie got a letter about PCP and didn't tell her about it but asked her questions

"Did you ever harass anyone"
"Did you ever discriminate against anyone"

PCP said absolutely not and that as a minority she wouldn't

"And if she had ever engaged in unethical conduct"
"Did you misappropriate company trade secrets"

PCP said no and had not much else to say

The employee relations person listened and would get back to her w/ a decision

Next day she was stressed out

VP of Spectorforce called PCP and said that they're not going forward w/ the offer and PCP was startled and surprised

Then couldn't tell her but a confidential investigation was done and it was best not to go forward

They couldn't give any more information

PCP wanted more information

PCP knew this was an assassination of character and someone was out there for her

The letter should not have carried any weight, and after she found out she knew many more people would speak highly about her character and integrity

PCP collected a bunch of letters from her references and even Cormac, she didn't ask for any of this, but asked for her employment file

They empathized against PCP but said there was a history of harassment and discrimination and a threat for stealing proprietary information

PCP verified this with all of her references

PCP felt Cormac was suspicious and knew the company could be responsible for this

PCP does not have evidence of who sent the letter or anything

PCP only had one manager's reference from Cormac

She had to text someone to get the name down and be honest

In the text she said she got an offer and they ignored the text

She has a copy of this text that he didn't respond to

Asked if she could list his name

Since he didn't reply, PCP listed the manager w/ the one she had before him who had left the company and she thought she was good to go

PCP was now "sure that Antonio Gentry wrote that letter" and he "forced me to be on professional and social media with him and it was threatening for me not to do that"

And PCP "never knew he'd write a letter about me"

PCP does not have direct evidence that he wrote the letter, but believes so from all this circumstantial evidence

He sexually harassed her while at Cormac and "Indian girls were so beautiful" and to meet him after work and followed her to her car and spoke very vulgar w/ her
"It was very disturbing" and she feared losing her job

"He touched me in different places where people didn't see us"
She was very scared for her safety and it was very dangerous

"He purposely stayed late and followed me to my car"
PCP claims she said this to HR and "ignored it"

She said it was an unsafe workplace and she needed to resign and it was on mutual terms
Asked if it was written or verbal
PCP says it was all verbal

They said "they'd never damage my career" and wanted her to have a bright successful career ahead
And "promised, they said promised, that they'd" only give a neutral reference

She left on a good note

"So this manager" Antonion Gentry wrote the letter to get revenge

He wrote the letter to defame her and it's nothing but slander

In Aug she asked HR, kindly, in Maryland for her personnel file

PCP states that they sent her a password protected document that only included her offer letter

That was it

She asked for more official documents

"These people are capable of fabricating things about me" so she stopped talking to them

PCP chose ~~not~~ to file
D6
Conducted PDI w/CP + explained EEOC would not investigate
+ would issue NORTS ltr., explained 90 days to file fed. lawsuit.



**U.S. Equal Employment Opportunity Commission**
**Chicago District Office**
500 West Madison St
Suite 2000
Chicago, IL 60661

## NOTICE OF CHARGE OF DISCRIMINATION

(This Notice replaces EEOC FORM 131)

### DIGITAL CHARGE SYSTEM

November 13, 2018

**To:** CEO
Chief Executive Officer
CORMAC CORPORATION
5950 Symphony Woods Road
Columbia, MD 21044

This is notice that a charge of employment discrimination has been filed with the EEOC against your organization by Madhuri Pydisetty, under: Title VII of the Civil Rights Act (Title VII). The circumstances of the alleged discrimination are based on Retaliation, and involve issues of References Unfavorable that are alleged to have occurred on or about Jul 11, 2018.

The Digital Charge System makes investigations and communications with charging parties and respondents more efficient by digitizing charge documents. The charge is available for you to download from the EEOC Respondent Portal, EEOC's secure online system.

Please follow these instructions to view the charge within ten (10) days of receiving this Notice:

1. Access EEOC's secure online system: ████████████████
2. Enter this EEOC Charge No.: **531-2018-03310**
3. Enter this temporary password: ████████

Once you log into the system, you can view and download the charge, and electronically submit documents to EEOC. The system will also advise you of possible actions or responses, and identify your EEOC point of contact for this charge.

If you are unable to log into the EEOC Respondent Portal or have any questions regarding the Digital Charge System, you can send an email to CHICAGOEEOC@EEOC.GOV.

**Appointment Type:** ○ **In-Person**  Suggested for those within 50-miles of the office

◉ **By-Phone**

**Appointment Time:** 03:00 PM, 11/06/2018

**Status:** Active

**PCP Name:** | Madhuri Pydisetty | *

**PCP E-Mail:** | madhuripydisetty@gmail.co | *

**PCP Phone:** | (847) 630-3353 | *

**Notification Type:** | E-Mail ✔ | *

**Additional Info:** |                    |

**Interpreter Language:** | No interpreter needed ✔ |

**Staff:** |                    ✔ |

**Room:** | ✔ |

**Customer Arrived:** ☐

**Note:** |                    |

If you need to reschedule this appointment, click "Reschedule Appointment" below.

| Update Appointment |   | Reschedule Appointment |   | Cancel Appointment |

Return to Calendar

Privacy Policy (https://www.eeoc.gov/privacy.cfm) | Disclaimer (https://www.eeoc.gov/disclaimer.cfm) | USA.gov (https://www.usa.gov/)